IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID C. LETTIERI,

    **Plaintiff,**

    v.                                                                                CASE NO. 25-3154-JWL

FEDERAL MEDICAL CENTER, ET AL.,

    **Defendants.**

**MEMORANDUM AND ORDER**

    This is a pro se civil action that began on August 8, 2025, when the Court received a complaint (Doc. 1) and a motion for leave to proceed without prepayment of the filing fees (Doc. 2) from Plaintiff David C. Lettieri, a federal prisoner currently incarcerated in Ayer, Massachusetts. (Doc. 1.) Neither the complaint nor the motion was on the required form and Plaintiff did not submit the financial information required to support his motion. Therefore, on August 8, 2025, the Court issued a notice of deficiency (NOD) directing Plaintiff to correct these deficiencies within 30 days. (Doc. 2.) The NOD expressly advised Plaintiff that if he "fail[ed] to comply within the prescribed time, . . . this action may be dismissed without further notice for failure to comply with this court order." *Id.* at 2. As of the date of this order, the Court has received nothing further from Plaintiff.

    The deadline set in the NOD has now passed and Plaintiff has not complied with the NOD, nor has he filed anything further in this matter. Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). Because Plaintiff has failed to

comply with the NOD and has failed to file anything further in this matter, the Court concludes that this matter should be dismissed without prejudice under Rule 41(b).

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b) for failure to comply with a court order. The motion for leave to proceed in forma pauperis (**Doc. 2**) is therefore **denied as moot.**

**IT IS SO ORDERED**.

Dated on this 19th day of September, 2025, in Kansas City, Kansas.

s/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge